Tony Eugene Goodspeed II
P.O. Box 9062
VALLEJO CA 94591

IN THE UNITED STATES DISTRICT COURT FILED

FOR THE SOUTHERN DISTRICT OF CALIFORNIA DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

Petitioner, Tony Eugene Goodspeed II
Private Attorney General PJ Stewart

'09 CV 1642 H RBB

Vs.

CORPORA FICTA EMPLOYEE(S); BRIAN PASSENHEIM®, STEPHEN G. PECOR®, MICHAEL E. CHOLERTON®, EDWARD N. BONNER®, RONALD M. GEORGE®, RICHARD A. CIUMMO®, JONATHAN J. RICHTER®, PAUL GREENHILL®, STEVE J. LINDLEY®, BLAKE GRAHAM®, NATHAN A. DAVALLE®, EDWARD PETERSON®, GERRI KANELOS®, EDMUND G. BROWN JR®, SEAN KELLEY®, KEVIN L. WISE®, CHRISTOPHER PITZER®, CAREN J. HORST®, JOHN C. LYMAN®, LARRY D. GADDIS®, CHARLES D. WACHOB®, DAVID G. COHEN®, BRADFORD R. FENOCCHIO®, FRANCES A. KEARNEY®, ROBERT P. MCELHANY®, COLLEEN M. NICHOLS®, PHILLY CROSBY®, DEBRA BOWEN®, CHRISTINE TRIBOLET®, DAVID KOPPIN® ,MARK S. CURRY®, JAMES D. GARBOLINO®, JOHN L. SPURLING®,  CHARLES J. WILSON®, JOHN R. COUZENS JR®, TRACY L. LUNARDI®, ARNOLD SCHWARZENEGGER®, JOHN L. COSGROVE®, THOMAS BEATTIE®, ANDRE LEMAY®, JASON NICHOLS®, ROBERT MORGESTER®, CHRISTOPHER CARLISLE®, ALICIA STEWART®, EDWARD MAXWELL®, MARK MACKEY®, JOHN MENDEZ®, JAMES GIRAUDO®, PATRICK HENLEY®, FRED FRAUSTO®, JOHN MARSH®, FRED FUERTE®, LEE CAREAGA®, GEORGE MALIM®, MARK SIEMENS®, MIKE BLAIR®, GINA GARBOLINO®, BRANDON BEAN®, J.A.FARROW®, DOUGLAS KOFORD®, GARY E. RANSOM®, JIM MCCAULEY®, ANTHONY J. LA BOUFF®, THOMAS M. MILLER®, JOHN MENDEZ®, JAKE CHATTERS®, ALAN V. PINESCHI®, DOLORES CARR®, BRIAN BANDUCCI®, MARYELLEN PETERS®, CINDY MARTIN®, DONALD J. NUNES®, MARK A. BERG®  Added defendants TOM TOLER®, TOM MCCLINTOCK®, JOHN T. DOOLITTLE®, JIM HUDSON®, VICKI M. LYMAN®, YVONNE WRIGHT®, STEVE COUVRETTE®, TYLER WOLTERS®, BRANDON OLIVERA®, JASON LOCKHART®, JANA L. ALLEN®, ANGELA L. BRADRICK®, KATHERINE DASHIELL®, CINDY QUARLES®  ADDING DEFENDANTS AS THEY BECOME KNOWN TO ME. ET AL

## FILING BY PRIVATE ATTORNEY GENERAL NOTICE

**Private Attorney General Act**
The California Legislature has enacted a law which allows private citizens to sue for civil fines and penalties for violations of certain California Labor Code provisions. Previously, this could only be done by a State agency such as the Labor Commissioner or the Attorney General. Under the Private Attorney General Act of 2004, private citizens can sue for these violations. If they are successful, the fines imposed under the law are split with 75% of the amount going to the State of California Labor and Workforce Development Agency and 25% going to the injured employees. This 25% is in addition to any other monies owed the employees such as unpaid overtime, unpaid meal premiums, bounced check fees, etc.

Since this is not just a California local rule but based on an act of congress, the limitations to the "labor code" is irrelevant. The Private Attorney General is suing under color of law, authority and office.  The

CP

1   Private Attorney General is a Private person, not a member of the "bar" which is a conflict of interest

2   since the Judges in every case are also non-active members of the bar. The Private Attorney General is

3   searching damages on behalf of a private individual.  The Private Attorney General may collect 25% of

4   the fines imposed. Any additional Private Attorney Generals must split that 25% among them equally.

5   Any other fees such as expert fees are paid by the injured party.

6

7   TITLE 28 > PART IV > CHAPTER 85 > § 1331.
    Federal question
8   The district courts shall have original jurisdiction of *all civil actions* arising under the Constitution, laws, or
    treaties of the United States.

9   TITLE 15 U.S.C. §1122. Liability of United States and States, and instrumentalities and officials thereof (a)
    Waiver of sovereign immunity by the United States The United States, all agencies and instrumentalities thereof,
10  and all individuals, firms, corporations, other persons acting for the United States and with the authorization and
    consent of the United States, shall not be immune from suit in Federal or State court by any person, including any
11  governmental or nongovernmental entity, for any violation under this chapter..,

12  There is no sovereign immunity for all individuals, and may be sued as if they did not hold a "title of

13  nobility" as if they were not a public employee at all.

14
    TITLE 42 U.S.C. § 12202 A State shall not be immune.  State shall not be immune under the eleventh
15  amendment to the Constitution of the United States from an action in [1] Federal or State court of competent
    jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this
16  chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same
    extent as such remedies are available for such a violation in an action against any public or private entity other
17  than a State.

18  The Private Attorney Generals may sue for both law and equity as if the public officer were not employed

19  at all by the state, county, city or federal government.

20
    Private attorney general
21  The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights
    Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988. The Senate Report on this statute stated that The
22  Senate Committee on the Judiciary wanted to level the playing field so that private citizens, who might have
    little or no money, could still serve as "private attorneys general" and afford to bring actions, even against state
23  or local bodies, to enforce the civil rights laws.
    The Committee acknowledged that, "[I]f private citizens are to be able to assert their civil rights, and if those
24  who violate the Nation's fundamental laws are not to proceed with impunity, then citizens must have the
    opportunity to recover what it costs them to vindicate these rights in court." Where a plaintiff wins his or her
25  lawsuit and is considered the "prevailing party," § 1988 acts to shift fees, including expert witness fees [at
    least in certain types of civil rights actions, under the Civil Rights Act of 1991, even if not in § 1983 actions],

and to make those who acted as private attorneys general whole again, thus encouraging the enforcement of the civil rights laws. The Senate reported that it intended fee awards to be "adequate to attract competent counsel" to represent client with civil rights grievances. S. Rep. No. 94-1011, p. 6 (1976). The U.S. Supreme Court has interpreted the act to provide for the payment of a "reasonable attorney's fee" based on the fair market value of the legal services.

Retrieved from http://en.wikipedia.org/wiki/Private_attorney_general

Categories: Civil procedure

**All fees emoluments and are illegal for a claim of action which is for depravation of Constitutional rights.**

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1988. Proceedings in vindication of civil rights

(a) Applicability of statutory and common law

The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

(b) Attorney's fees

In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title, title IX of Public Law 92–318 [20 U.S.C. 1681 et seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. 2000bb et seq.], the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C. 2000cc et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or section 13981 of this title, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction.

(c) Expert fees

In awarding an attorney's fee under subsection (b) of this section in any action or proceeding to enforce a provision of section 1981 or 1981a of this title, the court, in its discretion, may include expert fees as part of the attorney's fee.

**The reasonable attorney's fees in this action would be 25% of the fines, split equally between the Private Attorney Generals. The person who's rights were violated will receive the majority of the fines imposed against the trespasser ab initio.**

TITLE 42 > CHAPTER 21 > SUBCHAPTER II > § 2000a–1. Prohibition against discrimination or segregation required by any law, statute, ordinance, regulation, rule or order of a State or State agency

All persons shall be entitled to be free, at any establishment or place, from discrimination or segregation of any kind on the ground of race, color, religion, or national origin, if such discrimination or segregation is or purports to be required by any law, statute, ordinance, regulation, rule, or order of a State or any agency or political subdivision thereof.

**The client of the Private Attorney General(s) is been discriminated against.**

1

2      TITLE 42 > CHAPTER 21 > SUBCHAPTER II > § 2000a–3. Civil actions for injunctive relief
       (a) Persons aggrieved; intervention by Attorney General; legal representation; **commencement of action
       without payment of fees, costs, or security**

3      Whenever any person has engaged or there are reasonable grounds to believe that any person is about to
       engage in any act or practice prohibited by section 2000a–2 of this title, a civil action for preventive relief,

4      including an application for a permanent or temporary injunction, restraining order, or other order, may be
       instituted by the person aggrieved and, upon timely application, the court may, in its discretion, permit the

5      Attorney General to intervene in such civil action if he certifies that the case is of general public importance.
       Upon application by the complainant and in such circumstances as the court may deem just, the court may

6      appoint an attorney for such complainant and may authorize the commencement of the civil action without the
       payment of fees, costs, or security.

7      (b) Attorney's fees; liability of United States for costs
       In any action commenced pursuant to this subchapter, the court, in its discretion, may allow the prevailing

8      party, other than the United States, a reasonable attorney's fee as part of the costs, and the United States shall
       be liable for costs the same as a private person.

9      (c) State or local enforcement proceedings; notification of State or local authority; stay of Federal proceedings
       In the case of an alleged act or practice prohibited by this subchapter which occurs in a State, or political

10     subdivision of a State, which has a State or local law prohibiting such act or practice and establishing or
       authorizing a State or local authority to grant or seek relief from such practice or to institute criminal

11     proceedings with respect thereto upon receiving notice thereof, no civil action may be brought under
       subsection (a) of this section before the expiration of thirty days after written notice of such alleged act or

12     practice has been given to the appropriate State or local authority by registered mail or in person, provided that
       the court may stay proceedings in such civil action pending the termination of State or local enforcement

13     proceedings.
       (d) References to Community Relations Service to obtain voluntary compliance; duration of reference;

14     extension of period
       In the case of an alleged act or practice prohibited by this subchapter which occurs in a State, or political

15     subdivision of a State, which has no State or local law prohibiting such act or practice, a civil action may be
       brought under subsection (a) of this section: Provided, That the court may refer the matter to the Community

16     Relations Service established by subchapter VIII of this chapter for as long as the court believes there is a
       reasonable possibility of obtaining voluntary compliance, but for not more than sixty days: Provided further,

17     That upon expiration of such sixty-day period, the court may extend such period for an additional period, not
       to exceed a cumulative total of one hundred and twenty days, if it believes there then exists a reasonable

18     possibility of securing voluntary compliance.

19     **I request a permanent or temporary injunction, restraining order, or other order, instituted by the**

20     **Private Attorney General on behalf of the aggrieved, _____ upon this timely application, to**

21     **prevent further abuses by PUBLIC SERVANTS®, ADDING DEFENDANTS AS THEY BECOME**

       **KNOWN TO ME. ET AL**

22     TITLE 42 > CHAPTER 21 > SUBCHAPTER II > § 2000a–5. Civil actions by the Attorney General
       (a) Complaint

23     Whenever the Attorney General has reasonable cause to believe that any person or group of persons is
       engaged in a pattern or practice of resistance to the full enjoyment of any of the rights secured by this

24     subchapter, and that the pattern or practice is of such a nature and is intended to deny the full exercise of the
       rights herein described, the Attorney General may bring a civil action in the appropriate district court of the

25     United States by filing with it a complaint
       (1) signed by him (or in his absence the Acting Attorney General),

1   (2) setting forth facts pertaining to such pattern or practice, and
(3) requesting such preventive relief, including an application for a permanent or temporary injunction,

2   restraining order or other order against the person or persons responsible for such pattern or practice, as he
deems necessary to insure the full enjoyment of the rights herein described.

3   (b) Three-judge district court for cases of general public importance: hearing, determination, expedition of
action, review by Supreme Court; single judge district court: hearing, determination, expedition of action

4   In any such proceeding the Attorney General may file with the clerk of such court a request that a court of
three judges be convened to hear and determine the case. Such request by the Attorney General shall be

5   accompanied by a certificate that, in his opinion, the case is of general public importance. A copy of the
certificate and request for a three-judge court shall be immediately furnished by such clerk to the chief judge

6   of the circuit (or in his absence, the presiding circuit judge of the circuit) in which the case is pending. Upon
receipt of the copy of such request it shall be the duty of the chief judge of the circuit or the presiding circuit

7   judge, as the case may be, to designate immediately three judges in such circuit, of whom at least one shall be
a circuit judge and another of whom shall be a district judge of the court in which the proceeding was

8   instituted, to hear and determine such case, and it shall be the duty of the judges so designated to assign the
case for hearing at the earliest practicable date, to participate in the hearing and determination thereof, and to

9   cause the case to be in every way expedited. An appeal from the final judgment of such court will lie to the
Supreme Court.

10   In the event the Attorney General fails to file such a request in any such proceeding, it shall be the duty of the
chief judge of the district (or in his absence, the acting chief judge) in which the case is pending immediately

11   to designate a judge in such district to hear and determine the case. In the event that no judge in the district is
available to hear and determine the case, the chief judge of the district, or the acting chief judge, as the case

12   may be, shall certify this fact to the chief judge of the circuit (or in his absence, the acting chief judge) who
shall then designate a district or circuit judge of the circuit to hear and determine the case.

13   It shall be the duty of the judge designated pursuant to this section to assign the case for hearing at the earliest
practicable date and to cause the case to be in every way expedited.

14

15   **The Attorney General has failed to act as has the chief judge, and therefore it falls to the duty of the**

16   **Private Attorney General to vindicate the rights of the damaged party in this case, who's rights were**

17   **violated.**

18   TITLE 42 > CHAPTER 21 > SUBCHAPTER II > § 2000a-6Jurisdiction; exhaustion of other remedies;
exclusiveness of remedies; assertion of rights based on other Federal or State laws and pursuit of remedies for

19   enforcement of such rights
(a) The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this

20   subchapter and shall exercise the same without regard to whether the aggrieved party shall have exhausted any
administrative or other remedies that may be provided by law.

21   (b) The remedies provided in this subchapter shall be the exclusive means of enforcing the rights based on this
subchapter, but nothing in this subchapter shall preclude any individual or any State or local agency from

22   asserting any right based on any other Federal or State law not inconsistent with this subchapter, including any
statute or ordinance requiring nondiscrimination in public establishments or accommodations, or from

23   pursuing any remedy, civil or criminal, which may be available for the vindication or enforcement of such
right.

24

25

1   The aggrieved parties has requested that the case be reviewed on grounds of depravation of rights

2   under color of authority, law & of office.  The only relieve at this point is to go to a Private Attorney

3   General to seek remedy.

TITLE 28 > PART II > CHAPTER 31 > § 509. Functions of the Attorney General

4   All functions of other officers of the Department of Justice and all functions of agencies and employees of the
Department of Justice are vested in the Attorney General except the functions—

5   (1) vested by subchapter II of chapter 5 of title 5 in administrative law judges employed by the Department of
Justice;

6   (2) of the Federal Prison Industries, Inc.; and
(3) of the Board of Directors and officers of the Federal Prison Industries, Inc.

7   Sorry, "Ignorantia juris non excusat," latin for ignorance of law is no excuse, is a long standing maxum that
applies in this case.

8   The public servants who violated the clients rights should have known better.

9   TITLE 28 > PART IV> CHAPTER 85 > § 1343.

10  Sec. 1343. Civil rights and elective franchise
The district courts shall have original jurisdiction of *any* civil action authorized by law to be commenced by

11  *any* person:
(1)To recover damages for injury to his person or property, or because of the deprivation of *any* right or

12  privilege of a citizen of the United States, by *any* act done in furtherance of *any* conspiracy mentioned in
section 1985 of Title 42;

13   (2) To recover damages from *any* person who fails to prevent or to aid in preventing *any* wrongs mentioned in
section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

14  (3)To redress the deprivation, under color of *any* State law, statute, ordinance, regulation, custom or usage, of
*any* right, privilege or immunity secured by the Constitution of the United States or by *any* Act of Congress

15  providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
Any person can commence an action for damages against ANY person for deprivation of rights. A bar

16  card is not a license, and the codes specifically state "private" where in a attorney is not a private person

17  but a member of the "BAR ASSOCIATION."

18  Amendment V.

19  No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or
indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual

20  service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in
jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be

21  deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public
use without just compensation;

22  The injured party was held to answer for a capital or otherwise infamous crime, without a indictment of

23  a grand jury.  The injured party was placed in fear of his life, and compelled to witness against himself

24  under circumstances, considered to be torture.  The injured party was deprived of freedom, jailed and

25  his company was lost because of the lack of due process of law. He has not as of yet been paid for his

1   time spent falsely accused; falsely held and deprived of adequate counsel. The Private Attorney

2   Generals are acting as "COUNSEL" only, not as "Attorney's who are officers of the court."

3   Acting Private Attorney General: _____ under 42 U.S.C. § 2000a-3, 33 U.S.C. 1365, 18 USC § 3332,

4   43 U.S.C § 1983, 28 U.S.C. § 1343, The term private attorney general refers private citizens who in any civil

5   or criminal court proceeding, is acting on behalf of that person's rights and equal protection under the law.

6   The private attorney general is entitled to recover attorney's fees if he or she prevails.

7

8   The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.

9   Another excellent example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations (RICO) Act. RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise. To date, there are over 60 federal statutes that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.

10

11   Civil Rights Attorney's Fees Award Act

12   The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988. The Senate Report on this statute stated that The Senate Committee on the Judiciary wanted to level the playing field so that private citizens, who might have

13   little or no money, could still serve as "private attorneys general" and afford to bring actions, even against state or local bodies, to enforce the civil rights laws. The Committee acknowledged that, "[i]f private citizens are to be able to assert their civil rights, and if those who violate the Nation's fundamental laws are not to proceed

14

15   with impunity, then citizens must have the opportunity to recover what it costs them to vindicate these rights in court." Where a plaintiff wins his or her lawsuit and is considered the "prevailing party," § 1988 acts to shift

16   fees, including expert witness fees [at least in certain types of civil rights actions, under the Civil Rights Act of 1991, even if not in § 1983 actions] Retrieved from http://en.wikipedia.org/wiki/Private_attorney_general

17   Sovereign   NO RIGHTS WAIVED

     1.)      I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

18

19   Name: PJ Stewart          All rights Reserved
     Date: Wednesday, July 29, 2009

20   Signed _____

21

22   All Rights Reserved by the Citizen and None Waived.
     Article. IV.
     The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

23

24

25

| | |
|---|---|
| ATTORNEY OR SELF-REPRESENTED LITIGANT<br>Tony Eugene Goodspeed II<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF PLACER | For Court Use Only |
| PEOPLE OF THE STATE OF CALIFORNIA®<br>ACCUSER: Tony Eugene Goodspeed II<br>V. | |
| CORPORA FICTA EMPLOYEE(S); BRIAN PASSENHEIM®, STEPHEN G.<br>PECOR®, MICHAEL E. CHOLERTON®, EDWARD N. BONNER®, RONALD M.<br>GEORGE®, RICHARD A. CIUMMO®, JONATHAN J. RICHTER®, PAUL<br>GREENHILL®, STEVE J. LINDLEY®, BLAKE GRAHAM®, NATHAN A.<br>DAVALLE®, EDWARD PETERSON®, GERRI KANELOS®, EDMUND G.<br>BROWN JR®, SEAN KELLEY®, KEVIN L.WISE®, CHRISTOPHER PITZER®,<br>GAREN J. HORST®, JOHN C. LYMAN®, LARRY D. GADDIS®, CHARLES D.<br>WACHOB®, DAVID G.COHEN®, BRADFORD R. FENOCCHIO®, FRANCES A.<br>KEARNEY®, ROBERT P. MCELHANY®, COLLEEN M. NICHOLS®, PHILLY<br>CROSBY®, DEBRA BOWEN®, CHRISTINE TRIBOLET®, DAVID KOPPIN®<br>,MARK S. CURRY®, JAMES D. GARBOLINO®, JOHN L. SPURLING®,<br>CHARLES J. WILSON®, JOHN R. COUZENS JR®, TRACY L. LUNARDI®,<br>ARNOLD SCHWARZENEGGER®, JOHN L. COSGROVE®, THOMAS<br>BEATTIE®, ANDRE LEMAY®, JASON NICHOLS®, ROBERT MORGESTER®,<br>CHRISTOPHER CARLISLE®, ALICIA STEWART®, EDWARD MAXWELL®,<br>MARK MACKEY®, JOHN MENDEZ®, JAMES GIRAUDO®, PATRICK<br>HENLEY®, FRED FRAUSTO®, JOHN MARSH®, FRED FUERTE®, LEE<br>CAREAGA®, GEORGE MALIM®, MARK SIEMENS®, MIKE BLAIR®, GINA<br>GARBOLINO®, BRANDON BEAN®, J.A.FARROW®, DOUGLAS KOFORD®,<br>GARY E. RANSOM®, JIM MCCAULEY®, ANTHONY J. LA BOUFF®,<br>THOMAS M. MILLER®, JOHN MENDEZ®, JAKE CHATTERS®, ALAN V.<br>PINESCHI®, DOLORES CARR®, BRIAN BANDUCCI®, MARYELLEN<br>PETERS®, CINDY MARTIN®, DONALD J. NUNES®, MARK A. BERG®<br>*Added defendants*<br>TOM TOLER®, TOM MCCLINTOCK®, JOHN T. DOOLITTLE®, JIM<br>HUDSON®, VICKI M. LYMAN®, YVONNE WRIGHT®, STEVE COUVRETTE®,<br>TYLER WOLTERS®, BRANDON OLIVERA®, JASON LOCKHART®, JANA L.<br>ALLEN®, ANGELA L. BRADRICK®, KATHERINE DASHIELL®, CINDY<br>QUARLES® ET AL  ADDING DEFENDANTS AS THEY BECOME KNOWN TO<br>ME | CONSTITUTIONAL ISSUE<br>11TH AMENDMENT<br>FRCP 8<br>TITLE 42 § 12205<br>28 U.S.C. § 1343<br>42 U.S.C. § 1985<br>AMENDMENT 1,2, 4,5,7,8,9,13<br>NO ATTAINDER, NO<br>EMOLUMENTS &<br>NOTWITHSTANDING, |
| **NOTICE  DEPRAVATION OF RIGHTS UNDER COLOR** | CASE NUMBER<br>62-078964 |

Amendment II.   A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Knowingly taking my arms, and pretending to have the right to violate my rights, is a criminal act.
                                                 Remedy demanded:
1.   TITLE 42 > CHAPTER 21 > SUBCHAPTER I > Sec. 1988.
2.   Clerk's filing fees. . . . . . . . . . . . . . . . . . . .   Waived
3.   Process server's fees. . . . . . . . . . . . . . . .   Waived
4.   Other (specify): . . . . . . . . . . . . . . . . . .   15,000,000.00 per color of law violation
Enter default of defendant CORPORA FICTA Employee(s) ET AL Respondents.
( Estate of Macias v. Lopez 42 F. Supp 2d 957, 962 (N.D. Cal. 1999).
Per Defendant, Violation of Constitutional rights by custom & policy.
5.   TOTAL 87 defendants time violations is the sum of 1.305 billion, reserving the right to add defendants as
      they become known.

SIGNATURE PAGE

1.) My name is Tony Eugene Goodspeed II.
2.) This is my document prepared by me, Tony Eugene Goodspeed II,
3.) My title is Sovereign and Sui Juris.
4.) My name is and spelling is only exactly as; Tony Eugene Goodspeed II.
5.) I do in fact, do not use any other, nor do I allow any other form of my name, nor capitalization.
6.) I have personal knowledge of the facts in this matter.
   a. (To do so is commit FRAUD and Trespass upon my rights and you would be a criminal to commit such a crime against me.)
7.) I am acting as my own counsel in our own proper persons; In Propria Persona Sui Juris; and,
8.) That I am NOT PRO SE.
   a. Any such assertion is an overt lie, as people making such claim have knowledge of the law and are making claims for other malicious designs in which to disenfranchise and/or enslave us to them and/or their system which grants them remuneration.
9.) That I am in fact, ready to affirm knowing full well the laws for perjury in the state of California, and in fact will attest to the same in any court of law regarding the matters submitted in this statement, when I am required to testify in any court of law thereof in relation to support the truth to these matters.
10.) Per Puckett v. Cox & Gideon v. Wainwright My pleadings need not to be within the same standards as an attorney.
11.) CLERSSRULE 03-29-05 10:46:40 PGT*CTRULE 36 SUPREME COURT RULE 29 When a party is not represented by counsel, service shall be made on the party, personally, by mail, or by commercial carrier. Ordinarily, service on a party must be by a manner at least as expeditious as the manner used to file the document with the Court.
12.) Federal Rules of Civil Procedure Rule 8. General Rules of Pleading
e) No technical forms of pleading or motions are required.
Amendment V. No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.
Amendment VI. In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.
Amendment VII. In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.
This must be heard before a grand jury unless for the impeachment of the officer.

Signed _____
Print Name _Tony Eugene Goodspeed II_
Secure Party/Creditor of the State of CALIFORNIA.
_July_  _6_  2009.

All Rights Reserved by the Citizen and None Waived.
Article. IV.
The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

* see attached

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____        _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California

County of __Placer__

Subscribed and sworn to (or affirmed) before me on this
__10__ day of __July__, 20 __09__, by
(1) __Tony Eugene Goolsseed, II__
             Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

                                    (and

(2)_____,
             Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
             Signature of Notary Public

KELLY N. MORGAN
Commission # 1836145
Notary Public - California
Placer County
My Comm. Expires Feb 12, 2013

Place Notary Seal Above

## ━━━ OPTIONAL ━━━

Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

SIGNATURE PAGE

1.) My name is Tony Eugene Goodspeed II,
2.) This is my document prepared by me; Tony Eugene Goodspeed II,
3.) My title is Sovereign and Sui Juris.
4.) My name is and spelling is only exactly as: Tony Eugene Goodspeed II,
5.) I do in fact, do not use any other, nor do I allow any other form of my name, nor capitalization.
6.) I have personal knowledge of the facts in this matter.
   a.    (To do so is commit FRAUD and Trespass upon my rights and you would be a criminal to commit such a crime against me.)
7.) I am acting as my own counsel in our own proper persons; In Propria Persona Sui Juris; and,
8.) That I am NOT PRO SE.
   a.    Any such assertion is an overt lie, as people making such claim have knowledge of the law and are making claims for other malicious designs in which to disenfranchise and/or enslave us to them and/or their system which grants them remuneration.
9.) That I am in fact, ready to affirm knowing full well the laws for perjury in the state of California, and in fact will attest to the same in any court of law regarding the matters submitted in this statement, when I am required to testify in any court of law thereof in relation to support the truth to these matters.
10.) Per Puckett v. Cox & Gideon v. Wainwright My pleadings need not to be within the same standards as an attorney.
11.) CLERKSRULE 03-29-05 10:46:40 PGT-CTRULE 36 SUPREME COURT RULE 29When a party is not represented by counsel, service shall be made on the party, personally, by mail, or by commercial carrier. Ordinarily, service on a party must be by a manner at least as expeditious as the manner used to file the document with the Court.
12.) Federal Rules of Civil Procedure   Rule 3. General Rules of Pleading
   a) No technical forms of pleading or motions are required.
Amendment V.   No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.
Amendment VI.   In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.
Amendment VII.   In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.
This must be heard before a grand jury unless for the impeachment of the officer.

Signed _____
Print Name _____
Secure Party Creditor of the State of CALIFORNIA.
July 10 2009.

All Rights Reserved by the Citizen and None Waived.
Article. IV.
The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

* See attached

ATTORNEY OR SELF-REPRESENTED LITIGANT
Tony Eugene Goodspeed II

SUPERIOR COURT OF CALIFORNIA COUNTY OF PLACER

PEOPLE OF THE STATE OF CALIFORNIA®
ACCUSER: Tony Eugene Goodspeed II
 v.
CORPORA FICTA EMPLOYEE(S); BRIAN PASSENHEIM®, STEPHEN G.
PECOR®, MICHAEL E. CHOLERTON®, EDWARD N. BONNER®, RONALD M.
GEORGE®, RICHARD A. CIUMMO®, JONATHAN J. RICHTER®, PAUL
GREENHILL®, STEVE J. LINDLEY®, BLAKE GRAHAM®, NATHAN A.
DAVALLE®, EDWARD PETERSON®, GERRI KANELOS®, EDMUND G.
BROWN JR®, SEAN KELLEY®, KEVIN L.WISE®, CHRISTOPHER PITZER®,
GAREN J. HORST®, JOHN C. LYMAN®, LARRY D. GADDIS®, CHARLES D.
WACHOB®, DAVID G.COHEN®, BRADFORD R. FENOCCHIO®, FRANCES A.
KEARNEY®, ROBERT P. MCELHANY®, COLLEEN M. NICHOLS®, PHILLY
CROSBY®, DEBRA BOWEN®, CHRISTINE TRIBOLET®, DAVID KOPPIN®
,MARK S. CURRY®, JAMES D. GARBOLINO®, JOHN L. SPURLING®,
CHARLES J. WILSON®, JOHN R. COUZENS JR®, TRACY L. LUNARDI®,
ARNOLD SCHWARZENEGGER®, JOHN L. COSGROVE®, THOMAS
BEATTIE®, ANDRE LEMAY®, JASON NICHOLE®, ROBERT MORGESTER®,
CHRISTOPHER CARLISLE®, ALICIA STEWART®, EDWARD MAXWELL®,
MARK MACKEY®, JOHN MENDEZ®, JAMES GIRAUDO®, PATRICK
HENLEY®, FRED FRAUSTO®, JOHN MARSH®, FRED FUERTE®, LEE
CAREAGA®, GEORGE MALIM®, MARK SIEMENS®, MIKE BLAIR®, GINA
GARBOLINO®, BRANDON BEAN®, J.A.FARROW®, DOUGLAS KOFORD®,
GARY E. RANSOM®, JIM MCCAULEY®, ANTHONY J, LA ROUFF®,
THOMAS M. MILLER®, JOHN MENDEZ®, JAKE CHATTERS®, ALAN V.
PINESCH®, DOLORES CARR®, BRIAN BANDUCCI®, MARYELLEN
PETERS®, CINDY MARTIN®, DONALD J. NUNES®, MARK A. BERG® ET AL
ADDING DEFENDANTS AS THEY BECOME KNOWN TO ME

**NOTICE DEPRAVATION OF RIGHTS UNDER COLOR**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

JUN 24 2008

EXECUTIVE OFFICER & CLERK
By L. Toms, Deputy

CONSTITUTIONAL ISSUE
11TH AMENDMENT
FRCP 8
TITLE 42 § 12206
28 U.S.C. § 1343
42 U.S.C. § 1988
AMENDMENT 1,2, 4,5,7,8,9,13
NO ATTAINDER, NO
EMOLUMENTS &
NOTWITHSTANDING,

CASE NUMBER
62-078964

Amendment II.  A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.
Knowingly taking my arms, and pretending to have the right to violate my rights, is a criminal act.
                                      Remedy demanded;
1.   TITLE 42 > CHAPTER 21 > SUBCHAPTER I > Sec. 1988.
2.   Clerk's filing fees. . . . . . . . . . . . . . . . . .  Waived
3.   Process server's fees. . . . . . . . . . . . . . .  Waived
4.   Other (specify); . . . . . . . . . . . . . . . . . . .  15,000,000.00 per color of law violation
Enter default of defendant CORPORA FICTA  Employee(s);  ET AL Respondents,
( Estate of Macias v. Lopez, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999).
Per Defendant, Violation of Constitutional rights by custom & policy;
5.   TOTAL 73 defendants time violations is the sum of 1,095 billion, reserving the right to add defendants as they become known.
6.   Time spent falsely arrested, 1000 per minute x minutes held illegally11 months  In a case in which the city was accused of failing to train its officers, the Tenth Circuit Federal Court of Appeals (West) upheld an award of $100,000 against the city and $2,100 against the police officers, As a result of a 33 minute improper stop of a motorist, the Eleventh Circuit Federal court of Appeals (South East) upheld a jury award of $25,000, Treasevant v. City of Tampa, 741 F.2d 336 (11th Cir. 1984).
Number of CORPORA FICTA Employee(s); 73 multiplied by 15 million = 1,095 billion
Number of minutes held without a warrant 460,800 minutes  multiplied by 1000 = 460.8 million

Grand Total for False arrest under color of law is payable only in Gold & Silver, is 1,555.8 billion.

US Constitution Article. II.
Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

All civil officers are impeachable for crimes committed against me. Anything over 5 days in jail is also removal from office.

Amendment II.   A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Knowingly taking my arms, and pretending to have the right to violate my rights, is a criminal act.

TITLE 18 > PART I > CHAPTER 13 > § 241
Sec. 241. Conspiracy against rights
    If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
    If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
    They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

It is not my duty to teach a public servant, or civil officer the law.  All agents have all sworn to up hold the constitution and ignorance of the law is no excuse for having violated the law.  A civil officers  pervasive disregard in practice by those who as law officers owe special obedience to law, and having violated are criminals.  Just because a public servant is just doing what they have been taught by using a depravation of rights under color of any State law, statute, ordinance, regulation, custom or usage, is no excuse for your criminal behavior.

TITLE 18 > PART I > CHAPTER 31 > § 645. Court officers generally
Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.
It shall not be a defense that the accused person had any interest in such moneys or fund.

The civil offers in this case have retained and converted my personal property for their own use, by color of authority, and have no defense against this law suit in both their public and private capacity. All persons

having the knowledge that there is a ring of thieves operating as a agent or actor of the state or county or city

who does not as soon as possible make know this crime becomes a principal.

TITLE 18 > PART I > CHAPTER 1 > § 2 Principals
(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces
or procures its commission, is punishable as a principal.
(b) Whoever willfully causes an act to be done which if directly performed by him or another would
be an offense against the United States, is punishable as a principal.

If your covering for some crime you know as committed you are punishable as a principal, and claiming
immunity is admitting to having committed a crime, or knowing a crime was committed.

TITLE 18 > PART I > CHAPTER 1 > § 4 Misprision of felony
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United
States, conceals and does not as soon as possible make known the same to some judge or other person
in civil or military authority under the United States, shall be fined under this title or imprisoned not
more than three years, or both.

You have 10 days with which to make known to some judge or other person of authority the true nature of

the crimes committed against me.

TITLE 42 > CHAPTER 136 > SUBCHAPTER IX > Part B > § 14141
(a) Unlawful conduct It shall be unlawful for any governmental authority, or any agent thereof, or any person acting
on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or
by officials or employees of any governmental agency,...

*Any* person acting on behalf of the governmental authority in the state of CALIFORNIA® has no claim
against me, as I was not duly convicted of a crime by a GRAND JURY, and the use of a sham proceeding in a
kangaroo court is an act of treason against the Constitution.

The corpora Ficta Employee(s): BRIAN PASSENHEIM®, STEPHEN G. PECOR®, MICHAEL E.
CHOLERTON®, EDWARD N. BONNER®, RONALD M. GEORGE®, RICHARD A. CIUMMO®,
JONATHAN J. RICHTER®, PAUL GREENHILL®, STEVE J. LINDLEY®, BLAKE GRAHAM®,
NATHAN A. DAVALLE®, EDWARD PETERSON®, GERRI KANELOS®, EDMUND G. BROWN
JR®, SEAN KELLEY®, KEVIN L. WISE®, CHRISTOPHER PITZER®, GAREN J. HORST®, JOHN C.
LYMAN®, LARRY D. GADDIS®, CHARLES D. WACHOB®, DAVID G. COHEN®, BRADFORD R.
FENOCCHIO®, FRANCES A. KEARNEY®, ROBERT P. MCELHANY®, COLLEEN M. NICHOLS®,
PHILLY CROSBY®, DEBRA BOWEN®, CHRISTINE TRIBOLET®, DAVID KOPPIN® ,MARK S.
CURRY®, JAMES D. GARBOLINO®, JOHN L. SPURLING®, CHARLES J. WILSON®, JOHN R.
COUZENS JR®, TRACY L. LUNARDI®, ARNOLD SCHWARZENEGGER®, JOHN L. COSGROVE®,
THOMAS BEATTIE®, ANDRE LEMAY®, JASON NICHOLAS®, ROBERT MORGESTER®,
CHRISTOPHER CARLISLE®, ALICIA STEWART®, EDWARD MAXWELL®, MARK MACKEY®,
JOHN MENDEZ®, JAMES GIRAUDO®, PATRICK HENLEY®, FRED FRAUSTO®, JOHN
MARSH®, FRED FUERTE®, LEE CAREAGA®, GEORGE MALIM®, MARK SIEMENS®, MIKE
BLAIR®, GINA GARBOLINO®, BRANDON BEAN®, J.A. FARROW®, DOUGLAS KOFORD®,
GARY E. RANSOM®, JIM MCCAULEY®, ANTHONY LA BOUFF®, THOMAS M. MILLER®, JOHN
MENDEZ®, JAKE CHATTERS®, ALAN V. PINESCHI®, DOLORES CARR®, BRIAN BANDUCCI®,
MARYELLEN PETERS®, CINDY MARTIN®, DONALD J. NUNES®, MARK A. BERG®  knowingly
committed violations against me under color of law, color of authority, color of office while striking
against the Constitutional form of government. All trials shall be by jury, unless for impeachment.

TITLE 5 > PART III > Subpart F > CHAPTER 73 > SUBCHAPTER VII > § 7371

§ 7371. Mandatory removal from employment of law enforcement officers convicted of felonies
(a) In this section, the term—
(1) "conviction notice date" means the date on which an agency that employs a law enforcement officer has notice that the officer has been convicted of a felony that is entered by a Federal or State court, regardless of whether that conviction is appealed or is subject to appeal; and
(2) "law enforcement officer" has the meaning given that term under section 8331 (20) or 8401 (17).
(b) Any law enforcement officer who is convicted of a felony shall be removed from employment as a law enforcement officer on the last day of the first applicable pay period following the conviction notice date.

The only way I can be held is by jury conviction unless am acting on behalf of the government, to impeach me you must prove I am a public servant and subject to such impeachment. However every person acting under authority, who is a public servant is liable to me in both law (jail time) and equity (money, home, boat, cars or other things of value.) in both your private capacity and your public capacity. I sue you for everything you own, you loose your job, and you go to jail like any other criminal, you job does not protect you.

TITLE 15 > CHAPTER 22 > SUBCHAPTER III > § 1122
(b) Waiver of sovereign immunity by States
Any State, instrumentality of a State or any officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under the eleventh amendment of the Constitution of the United States or under any other doctrine of sovereign immunity, from suit in Federal court by any person, including any governmental or nongovernmental entity for any violation under this chapter.

The officers or employees of the state of CALIFORNIA® while enforcing a depravation of rights under color of office, color of authority, and color of law, have no immunity for such crimes committed while having sworn to uphold the constitution.

TITLE 42 > CHAPTER 136 > SURCHAPTER IV > § 12205
§ 12205. Attorney's fees
In any action or administrative proceeding commenced pursuant to this chapter, the court or agency, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee, including litigation expenses, and costs, and the United States shall be liable for the foregoing the same as a private individual

The only way I can be billed is if I am IMPEACHED, to impeach me you must prove I am a public servant and subject to such impeachment. If those who owe special duty to the law fail or aid in the depravation of rights, they become liable to me in both their public and private capacity.

TITLE 28 > PART IV > CHAPTER 85 > § 1343.
Sec. 1343. Civil rights and elective franchise
 (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
 (1)      To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;
 (2)      To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;
 (3)      To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

I have a right as "ANY PERSON" to bring a suit against and recover damages from ANY PERSON WHO FAILS to prevent the deprivation of my rights, including for enacting an illegal Attainder against me.

President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

ALL civil offfers are subject to removal from office for actin criminal.  Enacting a bill of attainder against me is taking bribes, kickbacks and is a high crime.

Rule 8. General Rules of Pleading
(a) Claims for Relief.
A pleading that states a claim for relief must contain:
(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.
(b) Defenses; Admissions and Denials.
(1) In General.
In responding to a pleading, a party must:
(A) state in short and plain terms its defenses to each claim asserted against it; and
(B) admit or deny the allegations asserted against it by an opposing party.
(2) Denials — Responding to the Substance.
A denial must fairly respond to the substance of the allegation.
(3) General and Specific Denials.
A party that intends in good faith to deny all the allegations of a pleading — including the jurisdictional grounds — may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.
(4) Denying Part of an Allegation.
A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.
(5) Lacking Knowledge or Information.
A party that lacks knowledge or information sufficient to form a belief about the truth of an allegation must so state, and the statement has the effect of a denial.
(6) Effect of Failing to Deny.
An allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is required and the allegation is not denied. If a responsive pleading is not required, an allegation is considered denied or avoided.
(c) Affirmative Defenses.
(1) In General.
In responding to a pleading, a party must affirmatively state any avoidance or affirmative defense, including:

| accord and satisfaction;<br>arbitration and award;<br>assumption of risk;<br>contributory negligence;<br>discharge in bankruptcy;<br>duress; | estoppel;<br>failure of consideration;<br>fraud;<br>illegality;<br>injury by fellow servant;<br>laches; | license;<br>payment;<br>release;<br>res judicata;<br>statute of frauds;<br>statute of limitations; and<br>waiver. |
|---|---|---|

(2) Mistaken Designation.
If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.
(d) Pleading to Be Concise and Direct; Alternative Statements; Inconsistency.
(1) In General.

SIGNATURE PAGE
1.)     My name is Tony Eugene Goodspeed II.
2.)     This is my document prepared by me, Tony Eugene Goodspeed II.
3.)     My title is Sovereign and Sui Juris.
4.)     My name is and spelling is only exactly as: Tony Eugene Goodspeed II.
5.)     I do in fact, do not use any other, nor do we allow any other form of our name, nor capitalization.
6.)     I have personal knowledge of the facts in this matter.
     a.    (To do so is commit FRAUD and Trespass upon my rights and you would be a criminal to commit such a crime against me.)
7.)     I am acting as my own counsel in our own proper persons: In Propria Persona Sui Juris; and,
8.)     That I am NOT PRO SE.
     a.    Any such assertion is an overt lie, as people making such claim have knowledge of the law and are making claims for other malicious designs in which to disenfranchise and/or enslave us to them and/or their system which grants them remuneration.
9.)     That I am in fact, ready to affirm knowing full well the laws for perjury in the state of California, and in fact will attest to the same in any court of law regarding the matters submitted in this statement, when we are required to testify in any court of law thereof in relation to support the truth to these matters.
10.)    Per Puckett v. Cox & Gideon v. Wainwright My pleadings need not to be within the same standards as an attorney.
11.)    CLERKSRULE 03-29-05 10:46:40 PGT-CTRULE 36 SUPREME COURT RULE 29 When a party is not represented by counsel, service shall be made on the party, personally, by mail, or by commercial carrier. Ordinarily, service on a party must be by a manner at least as expeditious as the manner used to file the document with the Court.
12.)    Federal Rules of Civil Procedure Rule 8, General Rules of Pleading
     e) No technical forms of pleading or motions are required.
Amendment V. No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.
Amendment VI. In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.
Amendment VII. In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.
This must be heard before a grand jury unless for the impeachment of the officer.

Signed _____
Print Name _____
Secure Party Creditor of the State of CALIFORNIA
___ 21, 2008.

Notary see Attached

All Rights Reserved by the Citizen and None Waived.
Article. IV.
The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

http://bookstore.gpo.gov
Phone: toll free (202) 512-1800; DC area (202) 512-1800
Fax: (202) 512-2250 Mail: Stop SSOB, Washington, DC 20402-0001
The CONSTITUTION of the United States with Index and The Declaration of Independence

# CONSTITUTION OF THE UNITED STATES

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

Article. I.

Section. 1. All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section. 2. The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature. No Person shall be a Representative who shall not have attained to the Age of twenty five Years,
and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen. [Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.]* The actual Enumeration

*Changed by section 2 of the Fourteenth Amendment.

shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

Section. 3. The Senate of the United States shall be composed of two Senators from each State, [chosen by the Legislature thereof,]* for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; [and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next *Changed by the Seventeenth Amendment. Meeting of the Legislature, which shall then fill such Vacancies.]*

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Section. 4. The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators. The Congress shall assemble at least once in every Year, and such Meeting shall be [on the first *Changed by the Seventeenth Amendment. Monday in December,]* unless they shall by Law appoint a different Day. Section. 5. Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide. Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal. Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

Section. 6. The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place. No Senator or Representative shall, during the Time for which he was elected, be appointed to *Changed by section 2 of the Twentieth Amendment. any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

Section. 7. All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills. Every Bill which shall have passed the House of Representatives and the Senate, shall, before

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 23d
day of June , 20 09 , by
        Tony Engcie Goodspeed II ,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

JEROME SMITH
COMM. #1834079
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Comm. Expires NOV. 17, 1019

(Seal)                    Signature

RE: Notice deprivation of rights under color of

it becomes a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law. Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section. 8. The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States; To borrow Money on the credit of the United States; To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes; To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States; To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures; To provide for the Punishment of counterfeiting the Securities and current Coin of the United States; To establish Post Offices and post Roads; To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries; To constitute Tribunals inferior to the supreme Court; To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations; To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water; To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years; To provide and maintain a Navy; To make Rules for the Government and Regulation of the land and naval Forces; To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions; To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress; To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings;—And To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section. 9. The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person. The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it. No Bill of Attainder or ex post facto Law shall be passed. No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.* No Tax or Duty shall be laid on Articles exported from any State.

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time. No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws; and the net Produce of all Duties and Imposts, laid by any State *See Sixteenth Amendment, on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress. No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

Article. II.

Section. 1. The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

[The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A

quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.]* The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

[In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case *Changed by the Twelfth Amendment. of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.]* The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them. Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section. 2. The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not *Changed by the Twenty-Fifth Amendment. herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments. The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section. 3. He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

Article. III.

Section. 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during **good Behaviour**, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section. 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—[between a State and Citizens of another State;—]* between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, [and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.]* In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make. The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section. 3. Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

*Changed by the Eleventh Amendment.

Article. IV.

Section. 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State; And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof. Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States. A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime. [No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.]*

Section. 3. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any *Changed by the Thirteenth Amendment. Claims of the United States, or of any particular State.

Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of it's equal Suffrage in the Senate.

Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same. done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In Witness whereof We have hereunto subscribed our Names, ⌐ Resolved,

That the preceeding Constitution be laid before the United States in Congress assembled, and that it is the Opinion of this Convention, that it should afterwards be submitted to a Convention of Delegates, chosen in each State by the People thereof, under the Recommendation of its Legislature, for their Assent and Ratification; and that each Convention assenting to, and ratifying the Same, should give Notice thereof to the United States in Congress assembled. Resolved, That it is the Opinion of this Convention, that as soon as the Conventions of nine States shall have ratified this Constitution, the United States in Congress assembled should fix a Day on which Electors should be appointed by the States which shall have ratified the same, and a Day on which the Electors should assemble to vote for the President, and the Time and Place for commencing Proceedings under this Constitution.

That after such Publication the Electors should be appointed, and the Senators and Representatives elected: That the Electors should meet on the Day fixed for the Election of the President, and should transmit their Votes certified, signed, sealed and directed, as the Constitution requires, to the Secretary of the United States in Congress assembled, that the Senators and Representatives should convene at the Time and Place assigned; that the Senators should appoint a President of the Senate, for the sole Purpose of receiving, opening and counting the Votes for President; and, that after he shall be chosen, the Congress, together with the President, should, without Delay, proceed to execute this Constitution.

By the unanimous Order of the Convention ⌐ t

G. WASHINGTON—Presid.

W. JACKSON Secretary.

*Congress OF THE United States

begun and held at the City of New-York, on Wednesday the fourth of March, one thousand seven hundred and eighty nine

THE Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution:

RESOLVED by the Senate and House of Representatives of the United States of America, in Congress assembled, two thirds of both Houses concurring, that the following Articles be proposed to the Legislatures of the several States, as Amendments to the Constitution of the United States, all or any of which Articles, when ratified by three fourths of the said Legislatures, to be valid to all intents and purposes, as part of the said Constitution; viz:

ARTICLES in addition to, and Amendment of the Constitution of the United States of America, proposed by Congress, and ratified by the Legislatures of the several States, pursuant to the fifth Article of the original Constitution. . . .

FREDERICK AUGUSTUS MUHLENBERG,

Speaker of the House of Representatives. JOHN ADAMS, Vice-President of the United States, and President of the Senate.

ATTEST,

JOHN BECKLEY, Clerk of the House of Representatives.

SAM. A. OTIS, Secretary of the Senate.

* On September 25, 1789, Congress transmitted to the state legislatures twelve proposed amendments, two of which, having to do with Congressional representation and Congressional pay, were not adopted. The remaining ten amendments became the Bill of Rights.

**AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA**

Amendment I.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment II.

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Amendment III.

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

*The first ten Amendments (Bill of Rights) were ratified effective December 15, 1791.

Amendment IV.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Amendment V.

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

Amendment VI.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

Amendment VII.

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Amendment VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Amendment IX.

The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

Amendment X.

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

Amendment XI.*

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of   *The Eleventh Amendment was ratified February 7, 1795. the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

Amendment XII.*

The Electors shall meet in their respective states, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate.—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;— The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. [And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth *The Twelfth Amendment was ratified June 15, 1804. day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President.—]* The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

Amendment XIII.**

Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section 2. Congress shall have power to enforce this article by appropriate legislation.

Amendment XIV.***

Section 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges

* Superseded by section 3 of the Twentieth Amendment. ** The Thirteenth Amendment was ratified December 6, 1865.

*** The Fourteenth Amendment was ratified July 9, 1868. or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Section 2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Section 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Section 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

Amendment XV.*

Section 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

Section 2. The Congress shall have power to enforce this article by appropriate legislation.

Amendment XVI.**

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

Amendment XVII.***

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors

* The Fifteenth Amendment was ratified February 3, 1870.   ** The Sixteenth Amendment was ratified February 3, 1913.

*** The Seventeenth Amendment was ratified April 8, 1913. of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: Provided, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct. This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

Amendment XVIII.*

[Section 1. After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

Section 2. The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

Section 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.]

*The Eighteenth Amendment was ratified January 16, 1919. It was repealed by the Twenty-First Amendment, December 5, 1933.

Amendment XIX.*

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex. Congress shall have power to enforce this article by appropriate legislation.

Amendment XX.*

Section 1. The terms of the President and Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

Section 2. The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

Section 3. If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President elect shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such per

*The Nineteenth Amendment was ratified August 18, 1920.  **The Twentieth Amendment was ratified January 23,1933.

son shall act accordingly until a President or Vice President shall have qualified. Section 4. The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

Section 5. Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.  Section 6. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

Amendment XXI.*

Section 1. The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

Section 2. The transportation or importation into any State, Territory, or possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

Section 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

*The Twenty-First Amendment was ratified December 5, 1933.

Amendment XXII.*

Section 1. No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by the Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term.

Section 2. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

Amendment XXIII.**

Section 1. The District constituting the seat of Government of the United States shall appoint in such manner as the Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the

* The Twenty-Second Amendment was ratified February 27, 1951. ** The Twenty-Third Amendment was ratified March 29, 1961. States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

Section 2. The Congress shall have power to enforce this article by appropriate legislation.

Amendment XXIV.*

Section 1. The right of citizens of the United States to vote in any primary or other election for

President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.

Section 2. The Congress shall have power to enforce this article by appropriate legislation.

Amendment XXV.**

Section 1. In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

Section 2. Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

Section 3. Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his writ *The Twenty-Fourth Amendment was ratified January 23, 1964. **The Twenty-Fifth Amendment was ratified February 10, 1967. ten declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

Section 4. Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

Amendment XXVI.*

Section 1. The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age. Section 2. The Congress shall have power to enforce this article by appropriate legislation.

Amendment XXVII.**

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened. *The Twenty-Sixth Amendment was ratified July 1, 1971. **Congress submitted the text of the Twenty-Seventh Amendment to the States as part of the proposed Bill of Rights on September 25, 1789. The Amendment was not ratified together with the first ten Amendments, which became effective on December 15, 1791. The Twenty-Seventh Amendment was ratified on May 7, 1992, by the vote of Michigan.

Appendix

## THE DECLARATION OF INDEPENDENCE

Action of Second Continental Congress, July 4, 1776

The unanimous Declaration of the thirteen United States of America

WHEN in the Course of human Events, it becomes necessary for one People to dissolve the Political Bands which have connected them with another, and to assume among the Powers of the Earth, the separate and equal Station to which the Laws of Nature and of Nature's God entitle them, a decent Respect to the Opinions of Mankind requires that they should declare the causes which impel them to the Separation. WE hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness—That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient Causes; and accordingly all Experience hath shewn, that Mankind are more disposed to suffer, while Evils are sufferable, than to right themselves by abolishing the Forms to which they are accustomed. But when a long Train of Abuses and Usurpations, pursuing invariably the same Object, evinces a Design to reduce them under absolute Despotism, it is their Right, it is their Duty, to throw off such Government, and to provide new Guards for their future Security. Such has been the patient Sufferance of these Colonies; and such is now the Necessity which constrains them to alter their former Systems of Government. The History of the present King of Great-Britain is a History of repeated Injuries and Usurpations, all having in direct Object the Establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid World.

HE has refused his Assent to Laws, the most wholesome and necessary for the public Good.

HE has forbidden his Governors to pass Laws of immediate and pressing Importance, unless suspended in their Operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

HE has refused to pass other Laws for the Accommodation of large Districts of People, unless those People would relinquish the Right of Representation in the Legislature, a Right inestimable to them, and formidable to Tyrants only.

HE has called together Legislative Bodies at Places unusual, uncomfortable, and distant from the Depository of their public Records, for the sole Purpose of fatiguing them into Compliance with his Measures.

HE has dissolved Representative Houses repeatedly, for opposing with manly Firmness his Invasions on the Rights of the People.

HE has refused for a long Time, after such Dissolutions, to cause others to be elected; whereby the Legislative Powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the Dangers of Invasion from without, and Convulsions within.

HE has endeavoured to prevent the Population of these States; for that Purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their Migrations hither, and raising the Conditions of new Appropriations of Lands.

HE has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary Powers.

HE has made Judges dependent on his Will alone, for the Tenure of their Offices, and the Amount and Payment of their Salaries.

HE has erected a Multitude of new Offices, and sent hither Swarms of Officers to harrass our People, and eat out their Substance.

HE has kept among us, in Times of Peace Standing Armies, without the consent of our Legislatures.

HE has affected to render the Military independent of and superior to the Civil Power.

HE has combined with others to subject us to a Jurisdiction foreign to our Constitution, and unacknowledged by our Laws; giving his Assent to their Acts of pretended Legislation:

FOR quartering large Bodies of Armed Troops among us:

FOR protecting them, by a mock Trial, from Punishment for any Murders which they should commit on the Inhabitants of these States:

FOR cutting off our Trade with all Parts of the World:

FOR imposing Taxes on us without our Consent:

FOR depriving us, in many Cases, of the Benefits of Trial by Jury:

FOR transporting us beyond Seas to be tried for pretended Offenses:

FOR abolishing the free System of English Laws in a neighbouring Province, establishing therein an arbitrary Government, and enlarging its Boundaries, so as to render it at once an Example and fit Instrument for introducing the same absolute Rule into these Colonies:

FOR taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

FOR suspending our own Legislatures, and declaring themselves invested with Power to legislate for us in all Cases whatsoever.

HE has abdicated Government here, by declaring us out of his Protection and waging War against us.

HE has plundered our Seas, ravaged our Coasts, burnt our Towns, and destroyed the Lives of our People.

HE is, at this Time, transporting large Armies of foreign Mercenaries to compleat the Works of Death, Desolation, and Tyranny, already begun with circumstances of Cruelty and Perfidy, scarcely paralleled in the most barbarous Ages, and totally unworthy the Head of a civilized Nation.

HE has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the Executioners of their Friends and Brethren, or to fall themselves by their Hands.

HE has excited domestic Insurrections amongst us, and has endeavoured to bring on the Inhabitants of our Frontiers, the merciless Indian Savages, whose known Rule of Warfare, is an undistinguished Destruction, of all Ages, Sexes and Conditions.

IN every stage of these Oppressions we have Petitioned for Redress in the most humble Terms:

Our repeated Petitions have been answered only by repeated Injury. A Prince, whose Character is thus marked by every act which may define a Tyrant, is unfit to be the Ruler of a free People.

NOR have we been wanting in Attentions to our British Brethren. We have warned them from Time to Time of Attempts by their Legislature to extend an unwarrantable Jurisdiction over us. We have reminded them of the Circumstances of our Emigration and Settlement here. We have appealed to their native Justice and Magnanimity, and we have conjured them by the Ties of our common Kindred to disavow these Usurpations, which, would inevitably interrupt our Connections and Correspondence. They

tion have been deaf to the Voice of Justice and of Consanguinity. We must, therefore, acquiesce in the Necessity, which denounces our Separation, and hold them, as we hold the rest of Mankind, Enemies in War, in Peace, Friends.

WE, therefore, the Representatives of the UNITED STATES OF AMERICA, in GENERAL CONGRESS, Assembled, appealing to the Supreme Judge of the World for the Rectitude of our Intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly Publish and Declare, That these United Colonies are, and of Right ought to be, FREE AND INDEPENDENT STATES; that they are absolved from all Allegiance to the British Crown, and that all political Connection between them and the State of Great-Britain, is and ought to be totally dissolved; and that as FREE AND INDEPENDENT STATES, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which INDEPENDENT STATES may of right do. And for the support of this Declaration, with a firm Reliance on the Protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes, and our sacred Honor.

DATES TO REMEMBER

May 25, 1787: The Constitutional Convention opens with a quorum of seven states in Philadelphia to discuss revising the Articles of Confederation. Eventually all states but Rhode Island are represented.

Sept. 17, 1787: All 12 state delegations approve the Constitution. 39 delegates sign it of the 42 present, and the Convention formally adjourns.

June 21, 1788: The Constitution becomes effective for the ratifying states when New Hampshire is the ninth state to ratify it.

March 4, 1789: The first Congress under the Constitution convenes in New York City.

April 30, 1789: George Washington is inaugurated as the first President of the United States.

June 8, 1789: James Madison introduces proposed Bill of Rights in the House of Representatives.

Sept. 24, 1789: Congress establishes a Supreme Court, 13 district courts, three ad hoc circuit courts, and the position of Attorney General.

Sept. 25, 1789: Congress approves 12 amendments and sends them to the states for ratification.

Feb. 2, 1790: Supreme Court convenes for the first time after an unsuccessful attempt February 1.

Dec. 15, 1791: Virginia ratifies the Bill of Rights, and 10 of the 12 proposed amendments become part of the U.S. Constitution.

". . . a constitution, intended to endure for ages to come, and consequently, to be adapted to the various crises of human affairs."
John Marshall

At the conclusion of the Constitutional Convention, Benjamin Franklin was asked, "What have you wrought?"
He answered,

". . . a Republic, if you can keep it."

| COURT OF CALIFORNIA | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME, STATE BAR NUMBER AND ADDRESS)<br>Tony Eugene Goodspeed II<br>P.O. Box 9062<br>Vallejo, CA 94591<br>TELEPHONE NO:                              FAX:<br>ATTORNEY FOR (NAME): | FOR COURT USE ONLY |
| PEOPLE OF THE SATE OF CALIFORNIA<br>VS.<br>TONY EUGENE GOODSPEED II<br>DATE OF BIRTH:_____ CALIFORNIA DEPT. OF CORRECTIONS NO.(IF APPLICABLE): _____ | |

| NOTICE OF APPEAL---FELONY (DEFENDANT)<br>(PEN. CODE §§ 1237, 1538.5(m); Ca.. Rules of Court, rule 8.304) | CASE NUMBER(S)<br>62-078964 |
|---|---|

**NOTICE**
⊛ If your appeal challenges the validity of the plea you must complete the 'Request for Certificate of Probable Cause on the other side of this form. (Pen. Code § 1237.5) (FRCP 5.1)
⊛ You must file this form in the superior court within 60 days after entry of judgment or where fraud was perpetrated against you, there is no statute of limitations.

1.     Defendant (name):

2.     Appeals from the order or judgment entered on (specify date of order, judgment, or sentence): _____

   a.  ☐ A jury or court trial. (Pen. Code, 1237(a).)

   b.  ☐ A contested violation of probation (Pen. Code, 1237(b).)

   c.  ☐ A guilty (or no-contest) plea or an admitted probation violation (check all boxes that apply):

     (1) ☐ This appeal is based on the sentence or other matters occurring after the plea. (Ca. Rules of court, rule 8.304.)

     (2) ☐ This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.

     (3) ☐ This appeal challenges the validity of the plea or admission. (You must complete the Requested for Certificate of Probable Cause on the order side of this form.)

     (4) ☐ 28 U.S.C. § 2254 federal habeas petition, a freestanding actual innocence claim.

     (5) ☐ 28 U.S.C. § 1331 Federal question. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

3.  ☐ I request that the court appoint an attorney on appeal. Defendant ☐ was ☐ was not

4.  Represented by an appointed attorney in the superior court.

5.  Defendant's address:        ☐ same as in attorney box above.
                        ☐ as follows:

Date:

_Tony Eugene Goodspeed II_ _____        _Tony Eugene Goodspeed II_ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

**1 Page**

**NOTICE OF APPEAL –FELONY (DEFENDANT)**
**(Criminal)**

| PEOPLE OF THE STATE OF CALIFORNIA vs. TONY EUGENE GOODPSEED II | CASE NUMBER(S) 62-078964 |
|---|---|

REQUEST FOR CERTIFICATE OF PROBABLE CAUSE:

I am subpoenaing the verified oath of probable cause, grand jury indictment and the injured party in my case.  The reasonable constitutional, jurisdictional or other grounds going to the legality of the guilty plea, no contest plea or probation violation admission proceeding are (specify):

Subpoena:

1. Provide the amendment to the constitution which allows CORPORA FICTA EMPLOYEES: CHP OFFICERS: JOSEPH A. FARROW® , PATRICK M. HENLEY® # 12412, STEVE T. PARR® # 13036, DARRELL Y. NISHIMI® # 13891, LOWELL MONDAY® # 12489, JAMES B. GIRAUDO® # 12704, D. DELONG® # 16112, STEVE T. RISTA® # 18126, J. HARDY® # 12143, CA DOJ AGENCTS: PAUL G. GREENHILL®, SEAN KELLEY®, STEVEN J. LINDLEY®, BLAKE GRAHAM®, NATHAN A. DAVALLE®, EDMUND GERALD BROWN JR®., JOHN MARSH®, FRED FUERTE®, FRED FRAUSTO®, LEE CAREAGA®, ANDRE LEMAY®, JASON NICHOLS®, ROBERT MORTGESTER®, SIU OFFICERS: TYLER WOLTERS®, BRANDON OLIVERA®, JASON LOCKHART®, ROSEVILLE PD: MIKE BLAIR®, BRANDON BEAN®, ROCKLIN PD: MARK SIEMENS®, NAPA SHERIFF DUTY: CHRISTOPHER CARLISLE®, ACPD: BRIAN BANDUCCI® to infringe on the right of the people to keep and bear arms, which as Oath takers to support the Constitution willfully infringed on my 2nd Amendment right. Recognizing that such acts are criminal and knowing that others had committed such criminal behavior committed subordination of criminal acts. Provide the Oath or Affirmation allowing concealment of exculpatory evidence by any civil servants.

2. TITLE 18 > PART I > CHAPTER 1 > § 4 Misprision of felony
   Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

3. Provide proof that my houses, papers, and effects which were removed from me and my private property  taken for public use, was justly compensated.  I need a receipt for .5 million paid to me, by the trespassers of the law, CORPORA FICTA EMPLOYEE(s) CHP OFFICERS: JOSEPH A. FARROW®, PATRICK M. HENLEY® # 12412, STEVE T. PARR® # 13036, DARRELL Y. NISHIMI® # 13891, LOWELL MONDAY® # 12489, JAMES B. GIRAUDO® # 12704, D. DELONG® # 16112, STEVE T. RISTA® # 18126, J. HARDY® # 12143, CA DOJ AGENCTS: PAUL G. GREENHILL®, SEAN KELLEY®, STEVEN J. LINDLEY®, BLAKE GRAHAM®, NATHAN A. DAVALLE®, EDMUND GERALD BROWN JR®., JOHN MARSH®, FRED FUERTE®, FRED FRAUSTO®, LEE CAREAGA®, ANDRE LEMAY®, JASON NICHOLS®, ROBERT MORTGESTER®, SIU OFFICERS: TYLER WOLTERS®, BRANDON OLIVERA®, JASON LOCKHART®, ROSEVILLE PD: MIKE BLAIR®, BRANDON BEAN®, ROCKLIN PD: MARK SIEMENS®, NAPA SHERIFF DUTY: CHRISTOPHER CARLISLE®, ACPD: BRIAN BANDUCCI®  those who aided in the stealing of my things, aided in the false arrest and did so under color of state law.

2 Page

**NOTICE OF APPEAL –FELONY (DEFENDANT)**
**(Criminal)**

4. Provide the proof of CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 to have jurisdiction and lawful standing to sit as a Article 6 Section 9 Judge after failing to timely file her Oath of Office at the Secretary of State as mandated by Government 1363(a)(3), 3105, and that her judgment is valid being that the bench was lawfully vacant by operation of law Civil Code of Procedure 170.1

5. Provide proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 is a judicial officer.

6. Provide proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 judgments are Not void and evidence of a miscarriage of justice.

7. Provide the proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar #120678 did Not willfully violate the guaranteed Constitutional Right of a Speedy trial by unlawfully and illegally suspending the case 62-078964 on April 4, 2008.

8. Provide the proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 who is an attorney usurping onto the bench can violate the separation of powers.

9. Provide CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar #120678 certified writ of Attainder.

10. Provide proof that CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 had no connection to anyone who has a contract with the California Office of Attorney General prior to April 4,2009.

11. Provide proof that CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 did Not willfully violate Judicial Canons on April 4, 2009.

12. Provide proof that every Bar member involved in case 62-078964 starting with CORPOR FICTA EMPLOYEE COLLEEN NICHOLS-CHAVEZ® Bar # 120678 has not obstructed Justice.

13. Provide the proof that I am a public servant, and that I can be impeached.

14. Provide the Amendment to the Constitution allowing for search without a warrant, of my personal information, and property based on probable cause supported by oath or affirmation, with a court seal and a judicial signature.

15. Provide CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 license to practice medicine, and that the declaration by CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 on April 4, 2009, stating that I was mentally incompetent is not criminal conduct on the part of CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678, a strike against the constitutional form of government and not an act of communism against Tony Eugene Goodspeed II.

16. Provide the Bond that is required by law to be filed at the Office of the Secretary of State along with the Oath of Office that was timely filed by CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 in the month of January 2005.

17. Provide signed writ of attainder, by the senators, representatives and congressman in the state of California.

18. Provide the law which allows the deprivation of life, liberty and property without due process of law, thus striking against the Constitutional form of government.

19. Provide proof that the CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 is not a gang, operating outside the law, thus violating  18 U.S.C. § 1918.

3 Page

**NOTICE OF APPEAL –FELONY (DEFENDANT)**
**(Criminal)**

20. Provide proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 did Not strike against the Constitutional Form of Government by her recorded actions in the transcripts on April 4, 2008, violating TITLE 18 § 2071. Concealment, removal, or mutilation of court documents.

21. Provide that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 has never failed to prevent or to aid in preventing any depravation of rights, under color of law, or any act of a conspiracy against the constitution, and that I was not obstructed in my right to bear arms.

22. Provide that CORPORA FICTA EMPLOYEE(s) including COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 did not use a State law, statute, ordinance, regulation, custom or usage, to violate any right, secured by the Constitution of the United States.

23. State the Law which allowed the aiding and abetting piracy and highway robbery, in which CORPORA FICTA EMPLOYEE(S) CHP OFFICERS: JOSEPH A. FARROW®, PATRICK M. HENLEY® # 12412, STEVE T. PARR® # 13036, DARRELL Y. NISHIMI® # 13891, LOWELL MONDAY® # 12489, JAMES B. GIRAUDO® # 12704, D. DELONG® # 16112, STEVE T. RISTA® # 18126, J. HARDY® # 12143, CA DOJ AGENCTS: PAUL G. GREENHILL®, SEAN KELLEY®, STEVEN J. LINDLEY®, BLAKE GRAHAM®, NATHAN A. DAVALLE®, EDMUND GERALD BROWN JR®., JOHN MARSH®, FRED FUERTE®, FRED FRAUSTO®, LEE CAREAGA®, ANDRE LEMAY®, JASON NICHOLS®, ROBERT MORTGESTER®, SIU OFFICERS: TYLER WOLTERS®, BRANDON OLIVERA®, JASON LOCKHART®, ROSEVILLE PD: MIKE BLAIR®, BRANDON BEAN®, ROCKLIN PD: MARK SIEMENS®, NAPA SHERIFF DUTY: CHRISTOPHER CARLISLE®, ACPD: BRIAN BANDUCCI® used to violate my constitutional rights.

24. Provide the proof that there is an amendment to the constitution allowing for false arrest without a warrant for which I was held by CORPORA FICTA EMPLOYEE(s) for 11 months with No trial.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
Tony Eugene Goodspeed II
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

**Private Attorney General**
PJ Stewart
US District Court Recognized

---

**COURT ORDER**

This request for Certificate of Probable Cause is (check one)   ☐ granted    ☐ denied

Date: _____

_____
SIGNATURE OF JUDGE

4 Page

**NOTICE OF APPEAL –FELONY (DEFENDANT)**
**(Criminal)**

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ )<br>*Plaintiff* )<br>v. )<br>CORPORA FICTA EMPLOYEES:  listed here in; )<br>_____ )<br>*Defendant* ) | Civil Action No. _____<br><br>(If the action is pending in another district, state where: |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

1. Provide the amendment to the constitution which allows CORPORA FICTA EMPLOYEES: to infringe on the right of the people to keep and bear arms, which as Oath takers to support the Constitution willfully infringed on my 2nd Amendment right. Recognizing that such acts are criminal and knowing that others had committed such criminal behavior committed subordination of criminal acts. Provide the Oath or Affirmation allowing concealment of exculpatory evidence by any civil servants.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

**Private Attorney General**
PJ Stewart
US District Court Recognized

CLERK OF COURT

OR

_____        PAG _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  __Tony Eugene Goodspeed II__
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; ) | |
| _____ ) | (If the action is pending in another district, state where: |
| *Defendant* ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

2.Provide whom you have reported the felonies committed against Tony Tony Eugene Goodspeed II.  While the CORPORA FICTA EMPLOYEES, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.  The proof of cognizable felony complaint must be certified or have a court stamp affixed to it.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

Private Attorney General
PJ Stewart
US District Court Recognition

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| _____Tony Eugene Goodspeed II_____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. _____ |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) | |
| _____ | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |
| | |

The deposition will be recorded by this method:  _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

3. Provide proof that my houses, papers, and effects which were removed from me and my private property which was taken for public use, was justly compensated.  I need a receipt for .5 million paid to me, by the trespassers of the law, CORPORA FICTA EMPLOYEE(s) and those who aided in the stealing of my things, aided in the false arrest and did so under color of state law.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

|  |  |
|---|---|
| *CLERK OF COURT* | **Private Attorney General**<br>PJ Stewart<br>US District Court Recognized |
| | OR |
| _____ | PAG ~~signature~~ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____  Tony Eugene Goodspeed II  _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | )   (If the action is pending in another district, state where: |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

4. Provide the proof of CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 to have jurisdiction and lawful standing to sit as a Article 6 Section 9 Judge after failing to timely file her Oath of Office at the Secretary of State as mandated by Government 1363(a)(3), 3105, and that her judgment is valid being that the bench was lawfully vacant  by operation of law Civil Code of Procedure 170.1

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

**Private Attorney General**
PJ Stewart
US District Court Key:

*CLERK OF COURT*

OR

PAG _____

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
Private Attorney General PJ Stewart  _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | )    (If the action is pending in another district, state where: |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

     ❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |
| | |

     The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

5. Provide proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 is a judicial officer.  Provide that the civil office of attorney does not conflict with her public office as a judicial officer and that the title of attorney does not profit from the public office of judge, in conflict with the constitution, and the constitutional from of government.

     The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

PAG ~~[signature]~~

**Private Attorney General**
PJ Stewart
US District Court Recognized

~~[signature]~~
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Tony Eugene Goodspeed II
     Private Attorney General PJ Stewart      , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| ___Tony Eugene Goodspeed II___ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) | |
| _____ | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method:  _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

6. Provide  proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 judgments are Not void and evidence of a miscarriage of justice.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _____

| | | |
|---|---|---|
| *CLERK OF COURT* | | **Private Attorney General** |
| | | PJ Stewart |
| | OR | US District Court Recording |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II

_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | )  *(If the action is pending in another district, state where:* |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

    ❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |
| | |

     The deposition will be recorded by this method: _____

    ☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

7. Provide the proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar #120678  did Not willfully violate the guaranteed Constitutional Right of a Speedy trial by unlawfully and illegally suspending the case 62-078964 on April 4, 2008.

     The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

       *CLERK OF COURT*

      _____
      *Signature of Clerk or Deputy Clerk*

                **Private Attorney General**
                  PJ Stewart
             US District Court Receipt

OR

PAG _____
             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
_____ Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| CORPORA FICTA EMPLOYEES: listed here in; ) | |
| _____ ) | (If the action is pending in another district, state where: |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

8. Provide the proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 who is an attorney usurping onto the bench can violate the separation of powers.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

Private Attorney General
PJ Stewart
US District Court Recognize

PAG [signature]
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ <br> *Plaintiff* <br> v. <br> CORPORA FICTA EMPLOYEES:  listed here in; <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.

(If the action is pending in another district, state where:

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

9. Provide CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar #120678 certified writ of Attainder against Tony Eugene Goodspeed II.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

**Private Attorney General**
PJ Stewart
US District Court Recognize

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
_____ Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ ) | |
| *Plaintiff* ) | Civil Action No. |
| v. ) | |
| CORPORA FICTA EMPLOYEES:  listed here in; ) | (If the action is pending in another district, state where: |
| _____ ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

10. Provide proof that CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 had no connection to anyone who has a contract with the California Office of Attorney General  prior to April 4, 2009.  That there was no illegal Ex-parte (one-sided) communications, without a jury present.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

Private Attorney General
PJ Stewart
US District Court Recognized

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Tony Eugene Goodspeed II**
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | )   *(If the action is pending in another district, state where:* |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

11. Provide proof that CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 did Not willfully violate Judicial Canons on April 4, 2009, while striking against the constitutional form of government by holding a kangaroo court proceeding without a jury present wherein Tony Eugene Goodspeed II is not a public servant and not subject to impeachment.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Private Attorney General
PJ Stewart
US District Court Recognize

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
_____ Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

(If the action is pending in another district, state where:

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
|  |  |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

12. Provide proof that every Bar member involved in case 62-078964 starting with CORPOR FICTA EMPLOYEE COLLEEN NICHOLS-CHAVEZ® Bar # 120678 has not obstructed Justice.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

Private Attorney General
PJ Stewart
US District Court Recognized

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____ Tony Eugene Goodspeed II _____ <br> *Plaintiff* | ) <br> ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ <br> *Defendant* | ) <br> ) |

Civil Action No. _____

(If the action is pending in another district, state where:

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

13. Provide the proof that Tony Eugene Goodspeed II is a public servant, and can be impeached.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

                 *CLERK OF COURT*

**Private Attorney General**
PJ Stewart
US District Court Recognized

OR

_____
*Signature of Clerk or Deputy Clerk*

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Tony Eugene Goodspeed II
_____ Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.

(If the action is pending in another district, state where:

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method:  _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

14. Provide the Amendment to the Constitution allowing for search without a warrant, of my personal information, and property based on probable cause supported by oath or affirmation, with a court seal and a judicial signature.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _____

**Private Attorney General**
PJ Stewart
US District Court Recognize

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ <br> *Plaintiff* | ) <br> ) |
| v. | )     Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ <br> *Defendant* | )     *(If the action is pending in another district, state where:* <br> ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

15. Provide CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 license to practice medicine, and that the declaration by CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 on April 4, 2009, stating that I was mentally incompetent is not criminal conduct on the part of CORPOR FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678, a strike against the constitutional form of government and not an act of communism against Tony Eugene Goodspeed II.

      The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

                                                             **Private Attorney Genera**l <br>                                               PJ Stewart <br>                               US District Court Recognize

Date: _____

         *CLERK OF COURT*

                                       OR

_____                      _____
     *Signature of Clerk or Deputy Clerk*                                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Tony Eugene Goodspeed II**
_____**Private Attorney General PJ Stewart**_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| _____ Tony Eugene Goodspeed II _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) | |
| _____ | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

16. Provide the Bond that is required by law to be filed at the Office of the Secretary of State along with the Oath of Office that was timely filed by CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 in the month of January 2005.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

| | |
|---|---|
| *CLERK OF COURT* | **Private Attorney Gener:** |
| | PJ Stewart |
| | US District Court Recognize |
| | OR  PAG |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Tony Eugene Goodspeed II
_____ Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.

(If the action is pending in another district, state where:

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method:  _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

17. Provide signed writ of attainder, by the senators, representatives and congressman in the state of California.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _____

*CLERK OF COURT*

OR

Private Attorney General
PJ Stewart
US District Court Recognized

_____     PAG  _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Tony Eugene Goodspeed II
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
|  | )   (If the action is pending in another district, state where: |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
|  |  |

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

18. Provide the law which allows the deprivation of life, liberty and property without due process of law, thus striking against the Constitutional form of government.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

(If the action is pending in another district, state where:

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

19. Provide proof that the CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 is not a gang, operating outside the law, thus violating   18 U.S.C. § 1918.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

**Private Attorney Gen:**
PJ Stewart
US District Court :\*

PAG

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| CORPORA FICTA EMPLOYEES: listed here in; | ) |
| | )    (If the action is pending in another district, state where: |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❏ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

20. Provide proof that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678 did Not strike against the Constitutional Form of Government by her recorded actions in the transcripts on April 4, 2008, violating TITLE 18 § 2071. Concealment, removal, or mutilation of court documents.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR

**Private Attorney General**
PJ Stewart
US District Court Recognized

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | ) |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

(If the action is pending in another district, state where:

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

21. Provide that CORPORA FICTA EMPLOYEE COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678  has never failed to prevent or to aid in preventing any depravation of rights, under color of law, or any act of a conspiracy against the constitution, and that I was not obstructed in my right to bear arms.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

**Private Attorney General**
PJ Stewart
US District Court Recognized

Date: _____

*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Tony Eugene Goodspeed II
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| | )    (If the action is pending in another district, state where: |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION
### OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

☐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method:  _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

22. Provide that CORPORA FICTA EMPLOYEE(s) including COLLEEN MARIE NICHOLS-CHAVEZ® Bar # 120678  did not use a State law, statute, ordinance, regulation, custom or usage, to violate any right, secured by the Constitution of the United States.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _____

| | | |
|---|---|---|
| *CLERK OF COURT* | | **Private Attorney General** |
| | | PJ Stewart |
| | | US District Court Recognized |
| | OR | |
| _____ | PAG | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Tony Eugene Goodspeed II**
Private Attorney General PJ Stewart _____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Tony Eugene Goodspeed II | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; | ) |
| | )   (If the action is pending in another district, state where: |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

    ❏ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

    The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

23. State the Law which allowed the aiding and abetting piracy and highway robbery, in which CORPORA FICTA EMPLOYEE(S) used to violate my constitutional rights.

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

| *CLERK OF COURT* | | **Private Attorney General** |
|---|---|---|
| | | PJ Stewart |
| | | US District Court Recognized |
| _____ | OR | _____ |
| *Signature of Clerk or Deputy Clerk* | PAG | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Tony Eugene Goodspeed II___
___Private Attorney General PJ Stewart___ , who issues or requests this subpoena, are:

760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| _____Tony Eugene Goodspeed II_____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| CORPORA FICTA EMPLOYEES:  listed here in; ) | |
| _____ ) | (If the action is pending in another district, state where: |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:

❐ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

24. Provide the proof that there is an amendment to the constitution allowing for false arrest without a warrant for which I was held by CORPORA FICTA EMPLOYEE(s) for 11 months with No trial.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

Private Attorney General
PJ Stewart
US District Court Recognized

PAG _____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **Tony Eugene Goodspeed II**
_____Private Attorney General PJ Stewart_____ , who issues or requests this subpoena, are:
760-689-8478
CourtWatcher@TheCourtWatcher.com
1119 S. Mission Road Box 178 Fallbrook, CA [92028]

AO 88A  (Rev.  01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Tony Eugene Goodspeed IV

was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                          *Server's signature*

                                    **Private Attorney General**
                                          PJ Stewart
                                    US District Court Recognized
                                    *Printed name and title*

                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

℠JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Tony Eugene Goodspeed II

(b) County of Residence of First Listed Plaintiff *PLACER*
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number) 760-689-8478
*Private Attorney General PJ Stewart* 8/1988

## DEFENDANTS

CORPORA FICTA EMPLOYEE(S)
listed on form 29 PH 3: 57 PLACER
County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

BY:

Attorneys (If Known)

'09 CV 1642 H - RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ❏ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ❏ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Med. Malpractice | ❏ 625 Drug Related Seizure | 28 USC 157 | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | Liability | ❏ 365 Personal Injury - | of Property 21 USC 881 | | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| & Enforcement of Judgment | Slander | ❏ 368 Asbestos Personal | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Injury Product | ❏ 650 Airline Regs. | ❏ 830 Patent | Corrupt Organizations |
| ❏ 152 Recovery of Defaulted | Liability | Liability | ❏ 660 Occupational | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| Student Loans | ❏ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❏ 490 Cable/Sat TV |
| (Excl. Veterans) | ❏ 345 Marine Product | ❏ 370 Other Fraud | ❏ 690 Other | | ❏ 810 Selective Service |
| ❏ 153 Recovery of Overpayment | Liability | ❏ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 380 Other Personal | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | Property Damage | Act | ❏ 862 Black Lung (923) | ❏ 875 Customer Challenge |
| ❏ 190 Other Contract | Product Liability | ❏ 385 Property Damage | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Product Liability | ❏ 730 Labor/Mgmt.Reporting | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | | & Disclosure Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate | ❏ 790 Other Labor Litigation | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 442 Employment | Sentence | ❏ 791 Empl. Ret. Inc. | or Defendant) | ❏ 894 Energy Allocation Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ | **Habeas Corpus:** | Security Act | ❏ 871 IRS—Third Party | ❏ 895 Freedom of Information |
| ❏ 240 Torts to Land | Accommodations | ❏ 530 General | | 26 USC 7609 | Act |
| ❏ 245 Tort Product Liability | ❏ 444 Welfare | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 900Appeal of Fee Determination |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | Under Equal Access |
| | Employment | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus - | | to Justice |
| | ❏ 446 Amer. w/Disabilities - | ❏ 555 Prison Condition | Alien Detainee | | ❏ 950 Constitutionality of |
| | Other | | ❏ 465 Other Immigration | | State Statutes |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from another district (specify)
- ❏ 6 Multidistrict Litigation
- ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Amendment 1-10, 14, 425,407 28-1343-1918-198 18§ 241-242 FRCP 5.1
Brief description of cause:
18:1963 no Obstruction of Justice and Treason Thefts

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,765,800000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE 7-29-09

SIGNATURE OF ATTORNEY OF RECORD
Private Attorney General PJ Stewart 8/1988

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Fee not paid, no IFP submitted